COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-319-
CV

IN RE RAFAEL ALVARO PRIETO RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL B
: MCCOY, HOLMAN, and WALKER, JJ.

DELIVERED: October 26, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.